Name
_Juan Larin-Ulloa_

Prison Number
_A 92 800 131_

Place of Confinement
_INS Detention Center_

_Buena Vista Drive_
_Los Fresnos, Texas_
_Rt 3, Box 341_
_78566_

United States District Court
Southern District of Texas
FILED

MAY 2 3 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America,

v.

_Juan Larin-Ulloa_ , Movant
(Your name if Rule 35 motion)

-----------------------------

_____ , Petitioner
(Your name if habeas
corpus petition)

v.

John Ascroft, Atty Gen of US
Mike Trominsky, Dist
Director of INS Detention Center
James W. Ziglar, Commissioner of
INS
(Name of warden, jailor or autho-
rized person having custody of
petitioner. [If attacking a state
detainer, fill in the name of the
court issuing the detainer and/or
title of prosecuting officer for
that jurisdiction.])

Respondent(s)

CASE NO.  **B-02-107**

(To be supplied by
the Clerk)

(Check One)

☐ MOTION TO REDUCE OR COR-
RECT SENTENCE PURSUANT TO
RULE 35, FEDERAL RULES OF
CRIMINAL PROCEDURE (Com-
plete Questions 1-19 ONLY)

☒ PETITION FOR A WRIT OF
HABEAS CORPUS BY A PERSON
IN FEDERAL CUSTODY (Com-
plete Questions 1-19 ONLY)

☐ PETITION FOR A WRIT OF
HABEAS CORPUS BY A PERSON
ATTACKING A STATE DETAIN-
ER (Complete Questions
20-28 ONLY)

1)   Name and location of the court which entered the judgment of
conviction or sentence under attack _INS detained Movant._
_Immigration Court denied bond pending immigration_ case.

2)   Date judgment of conviction was entered or sentence imposed
_Bond denied by Immigration Court on March 14, 2002._

4)  Length and terms of sentence _____N/A_____

   _____

5)  Are you presently serving a sentence imposed for a convic-
   tion other than the conviction or sentence under attack?
   Yes ☐   No ☒

6)  Name of the judge who imposed sentence under attack in this
   motion. _____N/A_____

7)  Nature of the offense or offenses involved (all counts) _____

   _____N/A_____

   _____

8)  What was your plea? (check one)
                                   N/A

   a)  Not Guilty ☐    b)  Guilty ☐    c)  Nolo Contendere ☐

9)  If you entered a plea of guilty pursuant to a plea bargain,
   state the terms and conditions of the agreement _____

   _____
              N/A

   _____

10) If you were found guilty after a plea of not guilty, was the
   finding made by: (check one)
                                   N/A

   a)  A jury ☐    b)  A judge without a jury ☐

11) Did you testify at trial (if any)?    Yes ☐    No ☐
                 N/A

12) Did you appeal from the judgment of conviction? Yes ☐ No ☐
                 N/A

                              -2-

XD-2    8/82

13) If you did appeal, answer the following:

N/A

    a)    Name of the court _____

    b)    Result _____

    c)    Date of result _____

    d)    Citation or number of opinion or order  (or furnish a copy of such opinion or order if available) _____

    _____

    e)    Issues raised _____

    _____

    _____

14) If you did not appeal, explain briefly why you did not _____

_____N/A_____

_____

_____

15) Other than a direct appeal  from the judgment  of conviction and sentence,  have you previously filed any petitions,  applications, or motions  pursuant to 28 U.S.C.  §2255 or Rule 35, Fed.R.Crim.P.  with respect to this judgment in any federal court?   Yes ☐   No ☒

16) If your answer to question 15 is "Yes",  give the  following information:

    a)    (1)  Name of the court _____

        (2)  Nature of proceedings _____

-3-

XD-2   8/82

(3)  Issues raised _____

_____

_____

(4)  Did you receive an evidentiary hearing on your pe-
tition, application or motion?    Yes ☐    No ☐

(5)  Result _____

(6)  Date of result _____

(7)  Did you appeal the result to the federal appellate
court having jurisdiction?  Yes ☐   No ☐ .  If you did
appeal, give the name of the court where the appeal was
filed, the result, the case number, citation and date
of the court's decision (or attach a copy of the court's
order or opinion). _____

_____

(8)  If you did not appeal, briefly explain why you did
not _____

_____

b)  As to any second petition, application or motion, give
the following information:

(1)  Name of court _____

(2)  Nature of proceedings _____

(3)  Issues raised _____

_____

_____

-4-

XD-2    8/82

(4)  Did you receive an evidentiary hearing on your petition, application or motion?    Yes ☐    No ☐

(5)  Result _____

(6)  Date of result _____

(7)  Did you appeal the result to the federal appellate court having jurisdiction?  Yes ☐  No ☐ . If you did appeal, give the name of the court where the appeal was filed, the result,  the case number, citation and  date of the court's decision (or attach a copy of the court's order or opinion). _____

_____

(8)  If you did not appeal, briefly explain why you did not _____

_____

c)  As to any third petition,  application or motion,  give the following information:

(1)  Name of court _____

(2)  Nature of proceedings _____

(3)  Issues raised _____

_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?    Yes ☐    No ☐

(5)  Result _____

-5-

XD-2    8/82

(7) Did you appeal the result to the federal appellate court having jurisdiction? Yes ☐ No ☐. If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's order or opinion): _____

_____

(8) If you did not appeal, briefly explain why you did not _____

_____

17) State *concisely* every ground on which you claim that you are being unlawfully held or that your sentence is illegal, imposed in an illegal manner or should be reduced. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach up to two extra pages stating additional grounds and supporting facts. You should raise in this proceeding all available grounds for relief.

A)(1) Ground One: I am being held in pre hearing mandatory detention pursuant to Section 236(c) of the INA. Petitioner alleges that 236(c0 violates both subtantative and procedural due process. The Immigration Judge states he did not have jurisdiction.

(2) Supporting Facts: (Without citing legal authority or argument state briefly the facts which support your claim)

The INS commenced removal proceedings against petitioner, who is a lawful permanent resident of the United States. I am a native of El Salvador. The INS claims I do not have a right to bond because I was convicted of an alleged aggravated felony in Wichita, Kansas. I am filing for withholding removal and protection under the convention against torture. I am seeking to file for cancellation of removal, a waiver of removability, life legalization, and seeking a continuance based on my efforts to set aside my plea or modify my sentence in Wichita, Kansas.

-6-

XD-2   8/82

B)(1)   Ground Two: _____

My denial of due process by the Immigration Judge regarding

245 A claim. _____

   (2)   Supporting Facts:

   I am seeking to file a 245 A (INA) application and
have requested a stay of removability.  This was denied by the
Judge.


C)(1)   Ground Three: Denied of equal probation on the groud

that INA 212 (h) allows a waiver of removability for non

permanent residents but not for permanent residents.

   (2)   Supporting Facts:

   The Immigration Judge would not recognize that I can file for
a waiver of my conviction or cancellation of removal
because permanent residents, unlike non permanent residents,
cannot obtain this relief,the Immigration Judge indicated that he
did not have jurisdiction.


D)(1)   Ground Four: _____

_____

_____

   (2)   Supporting Facts:


-7-

XD-2   8/82

18) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack?   Yes ☐   No ☐.   If "Yes", state the name of the court, case file number (if known), and the nature of the proceeding _____

_____

_____


19) a)   State briefly why you believe that the remedy provided by 28 U.S.C. §2255 (Motion to Vacate Sentence) is inadequate or ineffective to test the legality of your detention _____

_____

_____


b)   Did you seek administrative relief (if available)? Yes ☐   No ☐.   If your answer is "Yes", describe the procedure followed and the result.   If your answer is "No", explain why you did not seek administrative relief _____

_____


## STATE DETAINERS

Complete the following questions only if you are attacking a detainer issued by a state court or authority based on an untried indictment, information or complaint.

20) The name and location of the court or other authority issuing the detainer _____

_____


21) The name and title of the prosecuting officer for the jurisdiction of the court or authority issuing the detainer you now seek to attack _____

_____


22) What is the nature of the offense or offenses involved? _____

_____


-8-

XD-2   8/82

23) Have you sent a written request  for a final disposition  of charges against you and notice of your place of imprisonment to the prosecuting officer  and the appropriate state  court of the prosecuting officer's jurisdiction?    Yes ☐    No ☐.
NOTE:    Under the Interstate  Agreement on Detainers,  your written request  for  final disposition  of pending  charges must be accompanied by a certificate of the  appropriate of-ficial  having present custody which gives the following in-formation:

   a)    The term of commitment  under which you are being held;

   b)    The time already served;

   c)    The time remaining to be served on the sentence;

   d)    The amount of good time earned; and

   e)    The time of parole eligibility  and any decision of the state parole agency relating to you.

24)    If your answer to question 23 is "Yes", when was such notice delivered? _____

25)    Have you  complied  with  the provisions  of the  Interstate Agreement on Detainers  where applicable?  Yes ☐    No ☐ .
(18 U.S.C. appendix.)

   Colo. -  C.R.S. 24-60-501 et seq.

   Kans. -  K.S.A. 22-4401 et seq.

   N.M. -  N.M.S.A. 41-20-19 et seq.

   Utah -  U.C.A. 77-65-4 et seq.

   Wyo. -  W.S. 7-408.9 et seq.

26)    Have you filed any petition,  application or motion with re-

-9-

XD-2    8/82

spect  to this detainer  in any court of the charging state?
Yes ☐    No ☐ .

27) If your answer to question 26 is  "Yes",  give the following
information:

    a)   Name of the court and location _____
    _____

    b)   Nature of proceeding _____
    _____

    c)   Issues raised _____
    _____
    _____

    d)  Did you receive an evidentiary hearing on your petition,
    application or motion?   Yes ☐    No ☐

    e)   Result _____

    f)   Date of result _____

    g)  Did you appeal  the result  to the  highest state court
    having jurisdiction?   Yes ☐    No ☐

    h)  If your answer to (g) is "Yes", give the name and loca-
    tion of the court  where the  appeal was filed,  the result,
    the case number,  citation and date of court's decision  (or
    attach a copy of the court's opinion or order). _____
    _____
    _____
    _____

i)   If your answer to (g) is "No", explain briefly why you did not _____

_____

j)   Have you filed more than one petition or other action in a state court or any type of action in a federal court with respect to this detainer?  Yes ☐  No ☐. If your answer is "Yes", give the information required by questions 27(a) through 27(i) for each action.  Use the reverse side of this page for your answers.

28)   State concisely why you believe the detainer is invalid. You should also state the relevant facts concerning your claim, including places and dates.  You may attach up to two additional pages to complete your answer.

Wherefore, petitioner/movant prays that the court grant him such relief to which he may be entitled in this proceeding.

_____        _____
Signature of Attorney (if any)          Signature of Petitioner/
                                         Movant

                                        Juan Larin-Ulloa

_____        *Mailing Address:*
(Attorney's full address and            *2348 S. Greenwood*
telephone number)                       *Wichita, KS 67211*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the petitioner/movant in the above action, that he has read the above pleading and that the information contained therein is true and correct.  28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed at ___*Bay View, Texas*___ on _*4-22-02*_ , 198___.
            (Location)                    (Date)

                    ___*Juan Larin*___
                        (Signature)

            -11-     *2348 S. Greenwood*
                     *Wichita, KS*
                              *67211*