**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUL 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN LARIN-ULLOA | * |
| | * |
| VS | *   C.A. NO. B-02-107 |
| | * |
| JOHN ASHCROFT, ET AL | * |

## ORDER SETTING HEARING

A status conference, in above-captioned and numbered cause of action, is hereby set for **July 18, 2002, at 9:00 a.m.**, before this Court.

The Immigration and Naturalization Service shall produce the Petitioner for said conference.

DONE at Brownsville, Texas, this 15th day of July 2002.

Felix Recio
United States Magistrate Judge