9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN LARIN-ULLOA | * | |
| vs | * | CIVIL ACTION NO. B02-107 |
| JOHN ASHCROFT, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

### STATUS CONFERENCE

**July 19, 2002, 9:00 a.m.**
(reset from 07/18/02)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

---

PLACE:  U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

---

**BY ORDER OF THE COURT**

July 16, 2002

cc:  Counsel of Record