United States District Court
Southern District of Texas
FILED

JUL 1 2 2002

Michael N. Milby
Clerk of Court

THE HONORABLE, FELIX RECIO, MAGISTRATE JUDGE PRESIDING

STATUS CONFERENCE

CIVIL ACTION NO. B-02-107              DATE & TIME 07/19/02 9:20 am-9:40 am

JUAN LARIN-ULLOA              *       LISA BRODYAGA

VS                            *

JOHN ASCROFT, ET AL           *       NANCY MASSO, AUSA

COURTROOM DEPUTY: Irma Soto
COURT REPORTER:   Breck Record
INTERPRETER:      Karen Pena
LAW CLERK:        Ryan Byrd
DUSM:             Eddie Martinez

Case is called on the docket. Petitioner is present and with counsel, Lisa Brodyaga. Nancy Masso, AUSA for the government is present. Parties announced present and ready.

Attorneys make their statements to the Court.

Petitioner and Government will prepare their briefs by Tuesday on their issues. Court will review briefs and make report & recommendation to the District Judge.

Petitioner is remanded to the custody of the INS.