*15*

United States District Court
Southern District of Texas
FILED

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

JUL 2 5 2002

Michael N. Milby
Clerk of Court

JUAN LARIN-ULLOA,                    )
                                     )
v.                                   )          C.A. B-02-107
                                     )
JOHN ASHCROFT et al.                 )
_____)

**PETITIONER'S RESPONSE TO "PRELIMINARY STATEMENT OF THE GOVERNMENT**
**PURSUANT TO COURT'S STATUS CONFERENCE REQUEST, AND REQUEST FOR**
**ISSUANCE OF WRIT, OR ORDER TO SHOW CAUSE**

Petitioner, through counsel, hereby files the instant response to
the "Preliminary Statement of the Government Pursuant to Court's
Status Conference Request," which pleading will herein be
referenced as the "INS' Statement," and cited as (INS:__).

Notably, the INS' Statement makes no attempt to address the issues
raised herein, beyond the grammatical non-sequitur that the
"statute clearly shows that a guilty plea under 21-3414(a)(1)(B) is
as much a 'crime of violence' as charged by the INS," (INS:5), and
conclusory statement that both K.S.A. 21-3414(a)(1)(B) and (C) are
aggravated felonies, (INS:6-7). Rather, they attempt to change the
subject, with a groundless assertion that Mr. Larin "is attempting
to collaterally attack a state court conviction." (INS:5).

The INS' Statement also incorrectly claims that Mr. Larin has not
yet exhausted his administrative remedies.  The instant petition
has, from its inception, asserted only that Mr. Larin is being held
without bond, allegedly pursuant to 8 U.S.C. §1226(c), and that
said detention is unlawful, and/or unconstitutional. As noted at
the Status Conference, Mr. Larin appealed the Immigration Judge's
determination that he was subject to §1226(c) to the BIA, and the
BIA summarily dismissed his appeal. *See*, Petitioner's Exhibit B,
copies of which were filed with the Court, and served both on Nancy
Masso, AUSA, and on Paul Fiorino, Attorney, at the Office of
Immigration Litigation, ("OIL"), on July 1, 2002.

As has been shown, neither of these claims is true. Therefore, in the interests of speedy resolution of the case at bar, Mr. Larin would request that this Honorable Court immediately issue the requested Writ, in accordance with 28 U.S.C. §2243, or, in the alternative, an Order to Show Cause, to give the Government one more, (brief), opportunity to address the merits of the case.

## I.  PROCEDURAL ISSUES

The Government first argues that, because Petitioner gave them the courtesy of serving Summonses, rather than attempting to proceed from the beginning by Writ or Order to Show Cause, its Answer is not due until August 23, 2002. (INS:1). Unfortunately, this is true. It was Petitioner's hope that scheduling a Status Conference would force the Government to address the issues on the merits, [1] and that they would recognize that Mr. Larin was being unlawfully detained, and, in a show of good faith, agree to release him on bond. With the involvement of OIL, this hope has vanished.

## II.  THE MERITS

In its Preliminary Statement, the Government has totally ignored the merits of Mr. Larin's claim that even the conviction under K.S.A. 21-3414(a)(1)(B) is not a crime of violence. Presumably, there are waiting until their Answer is due, and, if prior practice is followed, OIL will file a motion to dismiss, in lieu of an Answer, at that time. Unless the procedure is short-circuited, by means of a Writ, or an Order to Show Cause, issued in accordance with 28 U.S.C. §2243, Mr. Larin can look forward to many more months of unlawful detention, as his business is ruined, and his family suffers great emotional, and economic, hardship.

---

[1] The undersigned had attempted to resolve the matter with the local SAUSA, but due to her illness, had not been able to communicate with her. Therefore, she did not learn that the plea agreement was allegedly under K.S.A. 21-3414(a)(1)(B) until she received it in response to her Freedom of Information Act request.

2

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586                    Fed. ID.  1178
(956) 421-3226                          Texas Bar 03052800
(956) 421-3423 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2002 the foregoing was personally
served on the office Nancy Masso, AUSA, at Brownsville, Texas.