IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

JUAN LARIN-ULLOA, )
)
       Petitioner, )
)
v. ) NO. B-02-107
)
JOHN ASHCROFT, ATTORNEY ) NOTICE OF FILING
GENERAL, ET AL., )
)
       Respondents. )
)

TO: Clerk of the United States District Court

Attached for filing is the Certified Administrative Record in the above-captioned action.

                           Respectfully submitted,

                           ROBERT D. MCCALLUM, JR.
                           Assistant Attorney General
                           Civil Division

                           RICHARD M. EVANS
                           Assistant Director

                           */s/ Paul Fiorino*
                           PAUL FIORINO
                           Attorney
                           Office of Immigration Litigation
                           Civil Division
                           Department of Justice
                           P.O. Box 878, Ben Franklin Station
                           Washington, DC  20044
                           (202) 353-9986

Dated: August 14, 2002    Attorneys for Respondents

CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Certified Administrative Record has been served upon petitioner's counsel this 14th day of August, 2002, by mailing copies thereof, postage prepaid, to:

Lisa Brodyaga, Esq.
17891 Landrum Park Road
San Benito, TX  78586


_____
CAROLL P. LANHAM
Legal Technician
Office of Immigration Litigation
Civil Division
U.S. Department of Justice