UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 6 2002

Michael N. Milby
Clerk of Court

JUAN LARIN-ULLOA, )
   Petitioner, )
 )
v. )  C.A. B-02-107
 )
JOHN ASHCROFT, UNITED STATES )
   ATTORNEY GENERAL et al. )
 )

PETITIONER'S (OPPOSED) MOTION FOR INJUNCTION

Petitioner, through counsel, hereby files the instant motion for a permanent injunction, requiring Respondents to afford him a bond hearing, within ten days, at which his eligibility for bond shall be determined on the basis of whether he constitutes a danger to society, and/or a flight risk.

In support thereof, Petitioner would note that he is a member of the class in *Reyna-Montoya et al v. Trominski et al*, CA B-02-026. Said decision was issued on September 10, 2002, in which it was declared that holding LPRs such as he without bond violates their rights to Due Process of Law.

On September 16, 2002, the undersigned spoke with Lisa Putnam, SAUSA, with respect to the instant motion. She stated that the government was opposed to said request.

Respectfully Submitted,

*[signature]*

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586        Fed. ID. 1178

(956) 421-3226                                    Texas Bar 03052800
(956) 421-3423 (fax)

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing and proposed Order, was mailed to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551, on this 16th day of September, 2002.

_____