IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LARIN-ULLOA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. B-02-107 |
| | ) | |
| DEPARTMENT OF JUSTICE IMMIGRATION AND NATURALIZATION SERVICE, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

## RESPONDENT'S OPPOSED MOTION TO HOLD PROCEEDINGS IN ABEYANCE

COMES NOW, the Respondent, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and presents this opposed motion to hold these proceedings in abeyance.

This case involves the issue of the constitutionality of §236(c) of the Immigration and Nationality Act ("Act"), 8 U.S.C. §1226(c). In Gonzalez-Sanchez v. Trominski, et al. (formerly Reyna-Montoya v. Trominski, et al.), B-02-026, the District Court issued a declaratory judgment that §236(c) of the Act was unconstitutional and certified a class of individuals who are subject to that declaratory judgment. The Government filed a Motion to Stay the District Court order pending appeal with the Fifth Circuit Court of Appeals. On September 27, 2002, the Fifth

Circuit Court stayed the District Court's order in <u>Gonzalez-Sanchez v. Trominski, et al.</u>

Since the issue of whether §236(c) of the Act is constitutional is before the Fifth Circuit Court of Appeals in the <u>Gonzalez-Sanchez</u> matter, as well as in <u>Molina v. Ashcroft</u>, 02-10746, judicial economy dictates that this matter be held in abeyance until the Fifth Circuit Court rules on the constitutionality of §236(c) of the Act.

Based on the foregoing, the Respondent respectfully requests this matter be held in abeyance.

                            Respectfully submitted,

                            ROBERT D. McCALLUM, Jr.
                            Assistant Attorney General
                            Civil Division

                            RICHARD M. EVANS
                            Assistant Director

for PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986

October 4, 2002

CERTIFICATE OF CONSULTATION

Petitioner's counsel, Lisa Brodyaga, has been contacted regarding this request and expressed opposition to holding this matter in abeyance.

_____
LISA M. PUTNAM
Special Assistant United States Attorney


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Opposed Motion to Hold Proceedings in Abeyance was mailed via first class mail, postage prepaid to:

    Lisa Brodyaga, Esquire
    Refugio Del Rio Grande
    17891 Landrum Park Rd.
    San Benito, TX  78586

on this  4th  day of October, 2002.

_____
LISA M. PUTNAM
Special Assistant United States Attorney