

United States District Court
Southern District of Texas
FILED

OCT 21 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUAN LARIN-ULLOA, )
)
v. ) C.A. B-02-107
)
JOHN ASHCROFT et al. )
_____)

**PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION TO HOLD THE INSTANT CASE IN ABEYANCE**

Petitioner, through counsel, opposes the "Government's Opposed Motion To Hold Proceedings in Abeyance," to the extent that said motion encompasses both statutory and constitutional claims.

The instant case challenges the fact that Petitioner is being held without possibility of bond, allegedly pursuant to 8 U.S.C. §1226(c)(1). In addition to the question of whether said provision is constitutional as applied to lawful permanent residents, Mr. Larin claims that said provisions do not apply to him, because the offense of which he was convicted is not an aggravated felony, and he is therefore not among the class of persons described therein.

While it may be appropriate to withhold adjudication of the constitutional issue, pending resolution of that question by the Fifth Circuit in *Gonzalez-Sanchez* (formerly, *Reyna-Montoya*) *et al v. Trominski et al*, No. 02-41323 (5th Cir.), there is no reason why the statutory claims should be held in abeyance. Habeas corpus under 28 U.S.C. §2241 reaches both statutory and constitutional claims raised in the immigration context, *see, e.g., Zadvydas v. Davis,* 533 U.S. 676 (2001). In fact, it is incumbent upon the Court to address any statutory bases prior to reaching the constitutional claims. *F.D.I.C. v. Lee*, 130 F.3d 1139,1142 (5th Cir. 1997), *quoting, Schweiker v. Hogan*, 457 U.S. 569, 584 (1982) ("where a party raises both statutory and constitutional arguments in support of a judgment, ordinarily we first address the statutory

argument in order to avoid unnecessary resolution of the constitutional issue").

Therefore, it is respectfully urged that Respondents' motion to hold the instant case in abeyance be denied, insofar as it relates to Mr. Larin's statutory claims, and that the Court proceed to a resolution of said statutory claims.

Respectfully Submitted,

*[signature]*

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

### CERTIFICATE OF SERVICE

I certify that on October 21, 2002, a copy of the foregoing, and proposed Order, were mailed first-class postage prepaid, to Paul Fiorino, OIL, Box 878 Ben Franklin Sta., Washington, D.C. 20044.

*[signature]*