UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN LARIN-ULLOA, ET AL, § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-02-107 |
| HON. JOHN ASHCROFT, § | |
| UNITED STATES ATTORNEY § | |
| GENERAL, ET AL, § | |
| Respondents. § | |

## ORDER

Before the Court is the Government's "Motion to Strike Petitioner's Untimely Opposition to Respondent's Motion to Hold the Instant Case in Abeyance" (Doc. # 26). After due consideration said motion is hereby GRANTED, and this case will remain in abeyance until a resolution is reached at the Fifth Circuit.

DONE at Brownsville, Texas, this 14th day of November, 2002.

_____
Felix Recio
United States Magistrate Judge