IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN LARIN-ULLOA | * | |
| Petitioner, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. B-02-107 |
| | * | |
| DEPARTMENT OF JUSTICE | * | |
| IMMIGRATION AND | * | |
| NATURALIZATION SERVICE, | * | |
| Respondent. | * | |

**GOVERNMENT'S OPPOSITION TO PETITIONER'S REQUEST FOR ATTORNEYS FEES**

In response to the petitioner's most recent pleading[1], (Docket No 27) the government opposes the Petitioner's motion for attorneys fees because the Court granted the government's motion to strike on November 14, 2002. The Court's order indicates that the government's motion was not at all frivolous and therefore, there is no basis whatsoever to award the Petitioner attorneys fees.

//

//

//

//

//

//

---

[1] "Petitioner's Opposition to Respondent's Motion To Strike, And Opposed Motion to Construe Their Opposition to INS' Motion to Hold Case In Abeyance As A Motion To Reconsider the Court's Premature Ruling on Said Motion, And For Attorneys Fees, Pursuant To Rule 11."

## CONCLUSION

Respondent prays that petitioner's motion for attorneys fees be denied.

Respectfully submitted,

ROBERT D. McCALLUM, Jr.
Assistant Attorney General
Civil Division

RICHARD M. EVANS
Assistant Director

*for:* PAUL FIORINO, Attorney, *AUSA, with permission*
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN LARIN-ULLOA<br>    Petitioner,<br><br>v.<br><br>DEPARTMENT OF JUSTICE<br>IMMIGRATION AND<br>NATURALIZATION SERVICE,<br>    Respondent. | *<br>*<br>*<br>*   CIVIL ACTION NO. B-02-107<br>*<br>*<br>*<br>*<br>*<br>* |

**ORDER**

Petitioner's request for attorneys fees is denied.

Done this _____ day of _____, 2002.

_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Opposition was mailed to Lisa Brodyaga, Attorney at Law, Landrum Park, San Benito, TX 78586 via Certified Mail, Return-Receipt Requested on November 15, 2002

_____
PAUL FIORINO
Attorney