UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN LARIN-ULLOA, ET AL<br>Petitioner,<br><br>v.<br><br>HON. JOHN ASHCROFT,<br>UNITED STATES ATTORNEY<br>GENERAL, ET AL,<br>Respondents. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-02-107<br>§<br>§<br>§<br>§ |

## ORDER

The above styled cause of action has been held in abeyance pending the outcome of a similar case currently before the Fifth Circuit Court of Appeals. In the meantime, Petitioner's "Amended, Opposed Motion to Join Juan Larin as a Petitioner in Reyna-Montoya, (and to Dismiss his Individual Petition), or in the Alternative, Opposed Motion to Consolidate the Two Actions" (Doc. # 3-1 and 3-2); Petitioner's "(Opposed) Motion to Strike, as Non-Responsive, the Alleged 'Certified Administrative Record' in the Instant Case" (Doc. # 18); Petitioner's "(Opposed) Motion for Injunction" (Doc. # 21); and Respondent's "Opposed Motion to Dismiss for Failure to Exhaust Remedies (Doc. # 17) are hereby DENIED WITHOUT PREJUDICE. The parties will be given the option to refile the above mentioned motions, and should do so only after this case is no longer held in abeyance.

DONE at Brownsville, Texas, this _11_ day of February, 2003.

Hilda Tagle
United States District Judge

30