UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 5 2003

Michael N. Milby
Clerk of Court

JUAN LARIN-ULLOA,            )
                             )
v.                           )        C.A. B-02-107
                             )
JOHN ASHCROFT et al.         )
_____)

**PETITIONER'S ADVISAL THAT THE GOVERNMENT HAS STATED THAT IT HAS NO OPPOSITION TO HIS MOTION TO VACATE STAY AND PROCEED WITH HABEAS ON ISSUE OF WHETHER HIS CONVICTION BRINGS HIM UNDER 8 U.S.C. §1226(c)**

Petitioner, through counsel, advises this Honorable Court that on Friday, May 2, 2003, counsel for the Government, Paul Fiorini, advised the undersigned that the Government was not opposed to his request that the stay on the instant proceedings be vacated, and that his habeas corpus, challenging the legality of his detention on statutory grounds, be restored to the active docket.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586           Fed. ID.  1178
(956) 421-3226                 Texas Bar 03052800
(956) 421-3423 (fax)

### CERTIFICATE OF SERVICE

I certify that on May 5, 2003, a copy of the foregoing was mailed, first class postage prepaid, to Paul Fiorini, Attorney, OIL, Box 878 Ben Franklin Sta., Washington DC 20044.

