UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 0 8 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN LARIN-ULLOA, ET AL, §<br>Petitioner, §<br>   §<br>v. §<br>   § CIVIL ACTION NO. B-02-107<br>HON. JOHN ASHCROFT, §<br>UNITED STATES ATTORNEY §<br>GENERAL, ET AL, §<br>Respondents. § | |

### ORDER

Before the Court is the Petitioner's "Motion to Vacate Stay and Proceed with Habeas Relating Affirmance, Without Opinion, of Immigration Judge's Determination that he is Subject to Mandatory Detention, Under 8 U.S.C. Section 1226(c)" (Doc. # 31). After due consideration said motion is hereby GRANTED, and the Government is hereby ORDERED to respond solely to the legality of Petitioner's detention on statutory grounds. The Government should do so on or before July 3, 2003.

DONE at Brownsville, Texas, this ___7th___ day of May, 2003.

Felix Recio
United States Magistrate Judge