United States District Court
Southern District of Texas
FILED

JUL 3 0 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUAN LARIN-ULLOA, )
   Petitioner, )
)
v. ) C.A. B-02-107
)
JOHN ASHCROFT, et al. )
)

**EXHIBIT "M" IN SUPPORT OF
PETITION FOR WRIT OF HABEAS CORPUS**

The decision of the BIA, dated July 23, 2003, dismissing his appeal from the denial of his first request for a *Joseph* hearing, based on changed circumstances. Notably, where the Immigration Judge denied the request based on the conclusion that ineffective assistance of counsel was not a "changed circumstance" for purposes of 8 C.F.R. §1003.19(e), but the BIA affirmed the denial on a different basis. Specifically, the BIA concluded as follows:

> In light of the fact that the respondent has not asserted that he has sought relief in the criminal proceedings, his assertions that his conviction is not valid or is not the conviction alleged is insufficient to show that the Department of Homeland Security ... is substantially unlikely to establish that the respondent has been convicted of an aggravated felony.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)

Fed. ID. 1178
Texas Bar 03052800

**CERTIFICATE OF SERVICE**

I certify that on July 29, 2003, a copy of the foregoing, with attachment was mailed first-class postage prepaid to Paul Fiorino, Attorney, OIL, Box 878, Ben Franklin Sta., Washington, D.C. 20044.

U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

**Brodyaga, Lisa S., Esquire**
**17891 Landrum Park Road,**
**San Benito, TX 78586-0000**

**Office of the District Counsel/PI**
**P.O. Box 1711**
**Harlingen, TX 78551**

**Name: LARIN-ULLOA, JUAN**

A92-800-131

<u>D</u>ate of this notice: 07/23/2003

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

Jeffrey Fratter
Chief Clerk

Enclosure

Panel Members:
    GRANT, EDWARD R.


**U.S. Department of Justice**  
Executive Office for Immigration Review

Falls Church, Virginia 22041

Decision of the Board of Immigration Appeals

---

File:   A92-800-131 - LOS FRESNOS                                         Date:

In re:   LARIN-ULLOA, JUAN                                                 JUL 23 2003

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:   Brodyaga, Lisa S., Esquire

ON BEHALF OF DHS:   Clancy, Sean D., Assistant District Counsel

ORDER:

PER CURIAM. We affirm the decision of the Immigration Judge. *See Matter of Burbano*, 20 I&N Dec. 872, 874 (BIA 1994) (noting that adoption or affirmance of a decision of an Immigration Judge, in whole or in part, is "simply a statement that the Board's conclusions upon review of the record coincide with those the Immigration Judge articulated in his or her decision"). Based on the record before us, we cannot conclude that the Immigration Judge's decision should be overturned. In light of the fact that the respondent has not asserted that he has sought relief in the criminal proceedings, his assertions that his conviction is not valid or is not the conviction alleged is insufficient to show that the Department of Homeland Security (the "DHS," formerly the Immigration and Naturalization Service) is substantially unlikely to establish that the respondent has been convicted of an aggravated felony. See Matter of Joseph, 22 I&N Dec. 799, 807 (BIA 1999). Accordingly, the appeal is dismissed.

_____  
FOR THE BOARD