UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

44

| | | |
|---|---|---|
| JUAN LARIN-ULLOA | * | |
| vs | * | CIVIL ACTION NO. B02-107 |
| JOHN ASHCROFT, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## STATUS CONFERENCE

November 24, 2003, at 2:00 p.m.

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

| | |
|---|---|
| PLACE: | U.S. Federal Building & Courthouse<br>600 E. Harrison, 2nd Floor<br>Brownsville, TX 78520 |

BY ORDER OF THE COURT

November 5, 2003

cc:   All Counsel