46

COURTROOM MINUTES:  **Felix Recio Jr. Presiding**
                    **Southern District of Texas, Brownsville Division**

Courtroom Clerk    :    Maria (Sally) Garcia
ERO                :    G Mendieta
CSO                :    T Yanez
Law Clerk          :    M Knicely

United States District Court
Southern District of Texas
FILED

NOV 2 4 2003

Michael N. Milby
Clerk of Court

Date               :    November 24, 2003 at 2:00 p.m.

------------------------------------------------------------------------------------------------------------

**CIVIL NUMBER:    B-02-107 (HGT)**

JUAN LARIN-ULLOA                      *        LISA BRODYAGA

VS                                    *

JOHN ASHCROFT, ET AL                  *        LISA M PUTNAM

------------------------------------------------------------------------------------------------------------

# STATUS  CONFERNCE

Attorney L Brodyaga present for Juan Larin-Ulloa;
Attorney L Putnam present for John Ashcroft;

L Brodyaga addresses the Court and states there is a question as to Larin-Ulloa's mental status;

The Court will set a hearing for medical attention;

Court adjourned.