48

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN LARIN-ULLOA | * | |
| VS | * | C.A. NO. B-02-107 |
| | * | |
| E.M. TROMINSKI, ET AL | * | |

## MINUTE  ENTRY

The Respondents' Oral Motion for Continuance, due to their counsel's medical reasons, the

hearing in the above-captioned case, set for December 5, 2003, is hereby CANCELLED.   The

hearing will be rescheduled.

DONE at Brownsville, Texas, on 4th day of December 2003.

Felix Recio
United States Magistrate Judge