UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUAN LARIN-ULLOA        *

VS        *   C.A. NO. B-02-107
       *
E.M. TROMINSKI, ET AL        *

## ORDER SETTING HEARING

A hearing to determine the medical status of JUAN LARIN-ULLOA, Petitioner in the above-captioned cause of action, is hereby set for December 30, 2003, at 2:00 p.m.

The Respondents are hereby ORDERED to produce the Petitioner, who is in custody at the INS Camp, Bayview, Texas, for said hearing.

The United States District Clerk's Office is hereby ORDERED to issue a subpoena to Ellie Qualls, Health Services Administrator, INS Camp, Route 3, Box 341, Los Fresnos, Texas, for her appearance at said hearing.

DONE at Brownsville, Texas, on 17th day of December 2003.

_____
Felix Recio
United States Magistrate Judge