```
COURTROOM MINUTES:        Felix Recio, Judge Presiding
                          Southern District of Texas, Brownsville Division

Courtroom Clerk:          L M Villarreal
ERO:                      Rebecca Pinales
INTERPRETER:              David Hoover
USPO:                     Janie Castillo
DUSM:                     Homero Rosales
CSO:                      Richard Harrelson

Date:                     Dec 30, 2003, 2:10 p.m. to 2:27 p.m.
===================================================================
```

United States District Court
Southern District of Texas
FILED
DEC 20 2003
Michael N. Milby, Clerk of Court

CIVIL ACTION NO. B02-107 (HGT)

| | | |
|---|---|---|
| JUAN LARIN-ULLOA | * | Lisa Brodyaga |
| VS | * | |
| JOHN ASHCROFT, ET AL | * | Lisa M Putnam |

### HEARING TO DETERMINE MEDICAL STATUS

Petitioner appeared with counsel. Attorney Putnam appeared for Respondents.

Presentation was made by attorney Brodyaga. Petitioner has been given a medication (hydroxyzine) for depression since September 2002. Supposedly, said medication should not be given more than four months. Petitioner requested an evaluation by a medical doctor independent of the INS Camp to determine his medical condition.

Response was made. Respondents do not object to request for a medical evaluation. The Petitioner claims not to have any funds for an evaluation and requested that the government pay.

The Court takes the matter under advisement.

Ellie Qualls, Health Services Administrator, INS Camp, appeared & produced copies of the documents subpoenaed by the Court. She gave the Court a copy of Petitioner's medical record.

Regarding the pending Motion to Dismiss, the parties advised the court that a motion to reopen and terminate proceedings is pending before the Board of Immigration Appeals which would affect the Motion to Dismiss.