United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JAN 0 8 2003

Michael N. Milby, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN LARIN-ULLOA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-107 |
| | § | |
| JOHN ASHCROFT, United States | § | |
| Attorney General, ET AL, | § | |
| Respondents. | § | |

## ORDER

It has come to the Court's attention that the Petitioner in this matter, Juan Larin-Ulloa, has submitted a motion to the Board of Immigration Appeals ("BIA") seeking that they reopen his case and terminate removal proceedings. Upon consideration of the nature of the issues the Court has been asked to resolve, the Court is of the opinion that these proceedings should be held in abeyance pending a decision by the BIA regarding whether or not they will reopen the Petitioner's case.

It is therefore ORDERED, ADJUDGED and DECREED that this matter will be held in abeyance until the Board of Immigration Appeals determines whether or not it will reopen the Petitioner's case.

The parties should contact the Court as soon as the BIA decides whether or not to reopen Petitioner's case.

IT IS SO ORDERED.

DONE in Brownsville, Texas, this 8th day of January, 2004.

Felix Recio
United States Magistrate Judge