UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN LARIN-ULLOA, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-02-107 |
| § | |
| JOHN ASHCROFT, United States § | |
| Attorney General, ET AL, § | |
| Respondents. § | |

### FINDINGS REGARDING PETITIONER'S MEDICAL STATUS

Having reviewed the relevant medical records and having considered the proffered testimony and arguments, the Court makes the following findings regarding Petitioner's medical status:

(1) The Court is not adverse to making Petitioner Larin-Ulloa available for a medical examination by a private physician or other medical personnel.

(2) However, costs for any such examination must be borne by Petitioner, as this Court has not been presented with any authority that would suggest it has the power to order the government to pay for such a service.

The Petitioner is urged to keep the Court updated regarding his medical status, and if he decides to undergo a private examination, the Petitioner is further urged to provide information regarding the examination so that the Court can assist, if possible, with facilitating such proceedings.

Findings DONE at Brownsville, Texas this 6th day of January, 2004.

_____
Felix Recio
United States Magistrate Judge