UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUAN LARIN-ULLOA, )
   Petitioner, )
 )
v. ) C.A. B-02-107
 )
JOHN ASHCROFT, UNITED STATES )
   ATTORNEY GENERAL et al. )
_____)

### PETITIONER'S RESPONSE TO ORDER OF JANUARY 8, 2004

Petitioner, through counsel, hereby files the instant response to this Court's Order of January 8, 2004, which Order was mailed to Petitioner on March 4, 2004. (See, attached cover letter).

Said Order requested that the parties advise the Court of any action by the Board of Immigration Appeals on Mr. Larin's motion to reopen. In fact, said motion was denied January 2, 2004. Mr. Larin filed a petition for review of that decision, and, since it was based on a theory not advanced or addressed by either party, a motion to reconsider. The BIA denied the motion to reconsider on February 18, 2004. Mr. Larin so advised the Court, and the consolidated appeals of his initial petition, and the petition for review of the denial of the motion to reopen, have been restarted. See, Petitioner's Exhibit R, herein incorporated by reference.

Respectfully Submitted,

*[signature: Lisa S. Brodyaga]*

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586        Fed. ID. 1178

(956) 421-3226                             Texas Bar 03052800
(956) 421-3423 (fax)

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing and Exhibit R, were mailed to Paul Fiorino, Attorney, OIL, P.O. Box 878, Ben Franklin Sta., Washington, D.C. 20044, on this 8th day of March, 2004.

