United States District Court
Southern District of Texas
ENTERED
APR 2 7 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LARIN-ULLOA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-107 |
| | § | |
| JOHN ASHCROFT, United States | § | |
| Attorney General, ET AL, | § | |
| Respondents. | § | |

### SECOND ORDER HOLDING CASE IN ABEYANCE

In an order dated January 8, 2004, the Court held this matter in abeyance pending a decision by the Board of Immigration Appeals ("BIA") regarding whether or not they would reopen the Petitioner's case (Docket No. 51). According to the Petitioner, the BIA has issued its decision and has chosen not to reopen his case (*See* Docket No. 53). Thus, pursuant to the language of this Court's order (Docket No. 51), this case should no longer be held in abeyance. However, according to the Petitioner, the Fifth Circuit has also lifted various stays and is now proceeding with its review of the BIA's decisions in a series of related cases.[1] Accordingly, this Court cannot proceed until the Fifth Circuit has rendered its decision –or decisions– regarding the action taken by the BIA. Thus, this case will continue to be held in abeyance pending decisions from the Fifth Circuit in the relevant cases.

It is therefore ORDERED, ADJUDGED and DECREED that this matter will be held in abeyance until the Fifth Circuit Court of Appeals renders its pertinent decisions. The parties

---

[1] It appears that the relevant Fifth Circuit cases are Nos. 03-60721, 04-60034, and 04-60721.

should contact the Court with information regarding any relevant action taken by the Fifth Circuit.

IT IS SO ORDERED.

DONE in Brownsville, Texas, this 27th day of January, 2004.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Felix Recio
　　　　　　　　　　　　　　　　　　　　　　　　　Felix Recio
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge