```
 1            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
 2                  BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUL 2 3 2002

Michael N. Milby
Clerk of Court

```
 3   _____
                                   )
     JUAN LARIN-ULLOA              )
 4                                 )
                                   ) CIVIL ACTION NO.
 5   VS.                           ) B-02-107
                                   )
 6   JOHN ASHCROFT, ET AL          )
                                   )
 7   _____)

 8

 9                  STATUS CONFERENCE
          BEFORE THE HONORABLE HILDA G. TAGLE
10                   JULY 19, 2002

11   APPEARANCES:

12   For the Plaintiff:     MRS. LISA BRODYAGA
                            Attorney at Law
13                          Harlingen, Texas

14   For the Respondent:    MRS. NANCY MASSO
                            Assistant United States Attorney
15                          Brownsville, Texas

16   Transcribed by:        BRECK C. RECORD
                            Official Court Reporter
17                          600 E. Harrison, Box 16
                            Brownsville, Texas  78520
18                          (956) 548-2510

19

20

21

22

23

24

25
```

Captured and Transcribed by Computer - Eclipse