UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN LARIN-ULLOA, | ) |
| | ) |
| v. | )   C.A. B-02-107 |
| | ) |
| JOHN ASHCROFT et al. | ) |
| | ) |

**PETITIONER'S ADVISAL OF DECISION BY THE FIFTH CIRCUIT
FINDING THAT HE HAS NOT BEEN CONVICTED OF AN AGGRAVATED FELONY**

Juan Larin-Ulloa, ("Mr. Larin"), hereby advises the Court that on August 24, 2006, the Fifth Circuit issued its decision herein, concluding that Mr. Larin has not been convicted of an aggravated felony. *Larin-Ulloa v. Gonzales,* No. 03-60721, __ F.3d ___ (5th Cir. 8/24/06), 2006 U.S. App. LEXIS 21685. Counsel has requested a new bond hearing with the Immigration Judge, but has not yet been advised as to whether ICE considers him eligible for bond. In the event that he is not released on recognizance, Petitioner will return to this Court, to request a prompt hearing on the matter.

Respectfully Submitted,

s/
Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586                    Fed. ID.  1178
(956) 421-3226                          Texas Bar 03052800
(956) 421-3423 (fax)

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2006, a copy of the foregoing was mailed first-class postage prepaid to Paul Fiorino, Attorney, OIL, Box 878 Ben Franklin Sta., Washington, D.C. 20044.

s/ Lisa S. Brodyaga