## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LARIN-ULLOA | § | |
| V. | § | CIVIL ACTION NO. B-02-107 |
| JOHN ASHCROFT, ET AL | § | |

TAKE NOTICE THAT THE PROCEEDINGS IN THIS CAUSE OF ACTION HAVE BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### STATUS CONFERENCE

**October 12, 2006, at 2:30 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

**BY ORDER OF THE COURT**

October 5, 2006

cc:   All Counsel