UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN LARIN-ULLOA, ) | |
| ) | |
| v. ) | C.A. B-02-107 |
| ) | |
| JOHN ASHCROFT et al. ) | |

**PETITIONER'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

Juan Larin-Ulloa, ("Mr. Larin"), files the instant, unopposed motion to continue the status conference, currently set for October 12, 2006, and in support thereof, shows as follows:

The primary reason for the request is that counsel is ill, with the flu. Secondarily, there is some confusion as to who represents the Government in the instant case, as it appear that notice of the setting was sent only to Lisa Putnam, who is currently out of the office. However, to be on the safe side, counsel consulted with Paul Fiorino, and with Rene Benavides, both of whom stated that they had no opposition to the request.

Respectfully Submitted,

s/
Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586                  Fed. ID.  1178
(956) 421-3226                        Texas Bar 03052800
(956) 421-3423 (fax)

**CERTIFICATE OF SERVICE**

I certify that on October 11, 2006, copies of the foregoing, with proposed Order, were electronically served on Rene Benavides, and Paul Fiorino, Attorney, OIL, Box 878 Ben Franklin Sta., Washington, D.C. 20044.

s/ Lisa S. Brodyaga