UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN LARIN-ULLOA, | ) |
| | ) |
| v. | ) C.A. B-02-107 |
| | ) |
| JOHN ASHCROFT et al. | ) |
| | ) |

ORDER GRANTING
PETITIONER'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Before the Court is the unopposed motion of Petitioner to continue the status conference, currently set for October 12, 2006, at 2:30 p.m.  In consideration thereof, and good cause having been shown,

IT IS HEREBY ORDERED that said motion be granted.
IT IS FURTHER ORDERED that said status conference be conducted on the \_\_\_\_\_ day of _____, 2006, at _____.

DONE at Brownsville, Texas
October 11, 2006.

_____
HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE