UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN LARIN-ULLOA, | ) |
| | ) |
| v. | )  C.A. B-02-107 |
| | ) |
| JOHN ASHCROFT et al. | ) |
| | ) |

**PETITIONER'S STATUS REPORT**

Juan Larin-Ulloa, ("Mr. Larin"), files the instant status report.

On August 24, 2006, the Fifth Circuit concluded that Mr. Larin was not subject to removal on the grounds charged, and remanded the case to the BIA for further proceedings. *Larin-Ulloa v. Gonzales*, 462 F.3d 456 (5th Cir. 2006). The Government recently filed a "Motion to Modify Opinion," although they conceded that the record was insufficient to establish Mr. Larin's removability. To date, there has been no further word from ICE as to their intentions with respect to placing other charges of removability.

On September 1, 2006, an Immigration Judge in Harlingen, Texas, set bond for Mr. Larin in the amount of $1,500. He held that, pursuant to some recent, unpublished BIA decisions, and notwithstanding 8 U.S.C. §1226(a)(2)(B), he lacked the legal authority to release Mr. Larin on his own recognizance, but that he would have done so, had this been authorized by law. Because the Larin family is destitute, as a result of his four and a half year detention, counsel helped pay the bond, and filed an appeal. *See*, copy attached. Said appeal remains pending.

Respectfully Submitted,

s/
Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586                Fed. ID.  1178
(956) 421-3226                      Texas Bar 03052800
(956) 421-3423 (fax)

**CERTIFICATE OF SERVICE**

I certify that on October 11, 2006, copies of the foregoing, with attachment, were electronically served on Rene Benavides, and Paul Fiorino, Attorney, OIL, Box 878 Ben Franklin Sta., Washington, D.C. 20044.

s/ Lisa S. Brodyaga
_____