**U.S. Department of Justice**
Executive Office for Immigration Review
Board of Immigration Appeals

OMB# 1125-0002

**Notice of Appeal from a Decision of an Immigration Judge**

1. List Name(s) and "A" Number(s) of all Respondent(s)/Applicant(s):

   Juan Larin-Ulloa
   A 92 800 131

   For Official Use Only

   **!** **WARNING:** Names and "A" Numbers of **everyone** appealing the Immigration Judge's decision must be written in item #1.

   *Staple Check or Money Order Here. Include Name(s) and "A" Number(s) on the face of the check or money order.*

2. I am  ☒ the Respondent/Applicant   ☐ DHS-ICE   *(Mark only one box.)*

3. I am  ☐ DETAINED   ☒ NOT DETAINED   *(Mark only one box.)* (Bond posted)

4. My last hearing was at  Sept. 1, 2006 @ PISPC _____ *(Location, City, State)*

5. **What decision are you appealing?**

   *Mark only one box below.* If you want to appeal more than one decision, you must use more than one Notice of Appeal (Form EOIR-26).

   ☐ I am filing an appeal from the Immigration Judge's decision in **merits** proceedings (example: removal, deportation, exclusion, asylum, etc.) dated _____.

   ☒ I am filing an appeal from the Immigration Judge's decision in **bond** proceedings dated Sept 1, 2006 . (For DHS use only: Did DHS invoke the automatic stay provision before the Immigration Court? ☐ Yes. ☐ No.)

   ☐ I am filing an appeal from the Immigration Judge's decision **denying a motion to reopen or a motion to reconsider** dated _____.

   *(Please attach a copy of the Immigration Judge's decision that you are appealing.)*

Form EOIR-26
Revised Dec. 2005

6. State in detail the reason(s) for this appeal. Please refer to the General Instructions at item F for further guidance. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.

See attached.

*(Attach additional sheets if necessary)*

> **WARNING:** You must clearly explain the specific facts and law on which you base your appeal of the Immigration Judge's decision. The Board may summarily dismiss your appeal if it cannot tell from this Notice of Appeal, or any statements attached to this Notice of Appeal, why you are appealing.

7. Do you desire oral argument before the Board of Immigration Appeals?   ☒ Yes  ☐ No

8. Do you intend to file a separate written brief or statement after filing this Notice of Appeal?   ☐ Yes  ☒ No

> **WARNING:** If you mark "Yes" in item #8, you will be expected to file a written brief or statement after you receive a briefing schedule from the Board. The Board may summarily dismiss your appeal if you do not file a brief or statement within the time set in the briefing schedule.

9. SIGN HERE → X  _____    9/6/06
   Signature of Person Appealing                                    Date
   (or attorney or representative)

Form EOIR-26
Revised Dec. 2005

**10. Mailing Address of Respondent(s)/Applicant(s)**

Juan Lavin-Ulloa (Name)
3022 E. South Fork Ct (Street Address)
Wichita, Kansas (Apartment or Room Number)
67216 (City, State, Zip Code)
316-562-0575 (Telephone Number)

**11. Mailing Address of Attorney or Representative for the Respondent(s)/Applicant(s)**

Ms. Lisa Brodyaga
17891 Landrum Park Rd.
San Benito, TX 78586
(Suite or Room Number)
(City, State, Zip Code)
956-421-3226 (Telephone Number)

NOTE: You must notify the Board within five (5) working days if you move to a new address. You must use an alien's Change of Address Form (Form EOIR-33/BIA).

NOTE: If an attorney or representative signs this appeal for you, he or she must file *with this appeal*, a Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals (Form EOIR-27).

**12. PROOF OF SERVICE**
(You Must Complete This)

I, Lisa Brodyaga (Name), mailed or delivered a copy of this Notice of Appeal on 9/6/06 (Date) to DHS District Counsel (Opposing Party) at PO Box 1711 Harlingen TX 78551 (Number and Street, City, State, Zip Code)

SIGN HERE ➔ X _____ Signature

NOTE: If you are the Respondent or Applicant, the "Opposing Party" is the Assistant Chief Counsel of DHS - ICE.

WARNING: If you do not complete this section properly, your appeal will be rejected or dismissed.

WARNING: If you do not attach the fee or a completed Fee Waiver Request (Form EOIR-26A) to this appeal, your appeal will be rejected or dismissed.

- ☐ Read all of the General Instructions
- ☐ Provided all of the requested information
- ☐ Completed this form in English
- ☐ Provided a certified English translation for all non-English attachments

**HAVE YOU?**

- ☐ Signed the form
- ☐ Served a copy of this form and all attachments on the opposing party
- ☐ Completed and signed the Proof of Service
- ☐ Attached the required fee or Fee Waiver Request

**Certificate of Service**

I, _Lisa Brodyaga_ (Name), mailed or delivered a copy of the foregoing on _9/6/06_ (Date-mm/dd/yy) to the DHS (U.S. Immigration and Customs Enforcement - ICE) at _PO Box 1711 Harlingen Tx 78551_ (Number and Street, City, State, Zip Code)

X _[signature]_
Signature of Attorney or Representative

(Note: Alien may be required to sign Acknowledgement and Consent below.)

---

The Privacy Act of 1974 requires that if the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign the portion below.

I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO THE DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE (mm/dd/yy) |
|---|---|---|
|  | X |  |

APPEARANCES - An appearance shall be filed on a Form EOIR-27 by the attorney or representative appearing in each appeal or motion to reopen or motion to reconsider before the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)), even though the attorney or representative may have appeared in the case before the Immigration Judge or the U.S. Citizenship and Immigration Services. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Board of a request by the attorney or representative of record in accordance with *Matter of Rosales*, 19 I&N Dec. 655 (1988). Please note that appearances for limited purposes are not permitted. See *Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). Further proof of authority to act in a representative capacity may be required.

REPRESENTATION - A person entitled to representation may be represented by any of the following:

(1) Attorneys in the United States as defined in 8 C.F.R. § 1001.1(f).

(2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 1292.1(a)(2).

(3) Reputable individuals as defined in 8 C.F.R. § 1292.1(a)(3).

(4) Accredited representatives as defined in 8 C.F.R. § 1292.1(a)(4).

(5) Accredited officials as defined in 8 C.F.R. § 1292.1(a)(5).

ADDITIONAL INFORMATION:

(Please attach additional sheets of paper if necessary.)

NOTE: THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1 - 16.11 AND APPENDICES.

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
27991 BUENA VISTA BLVD
LOS FRESNOS, TX  78566

In the Matter of:                     Case No.: A92-800-131
LARIN-ULLOA, JUAN
                                      Docket: PORT ISABEL SERVICE PROCESSING CENTER

RESPONDENT                            IN REMOVAL PROCEEDINGS

CUSTODY ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in the custody status of the respondent pursuant to 8 C.F.R. Part 236 and having considered the representations of the Immigration and Naturalization Service and the respondent, it is HEREBY ORDERED that:

The request for a change in the custody status of the respondent be granted and that the respondent be released from custody upon posting a bond of          $1,500 (not less than $1,500) and the conditions of the bond remain unchanged.

ELEAZAR TOVAR
Immigration Judge
Date:  Sep 1, 2006

Appeal: RESERVED (A/I/B)
Appeal Due By:  Oct 2, 2006

---
CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)   PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [ ] INS
DATE:  09/01/06            BY: COURT STAFF
       Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
---

Form EOIR 1 - 1T (Custody - REMOVAL)
GG2

**U.S. Department of Justice**
Executive Office for Immigration Review
Board of Immigration Appeals

OMB#1125-0005

**Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals**

I hereby enter my appearance as attorney or representative for, and at the request of, the following named person(s):

NAME: Juan Larin-Ulloa
(First) (Middle Initial) (Last)

ADDRESS: 3022 E. South Fork Court
(Number and Street) (Apt. No.)

Wichita  Kansas  67216
(City) (State) (Zip Code)

DATE (mm/dd/yy): 9/6/06

ALIEN NUMBER(S) (List lead alien number and all family member alien numbers, if applicable.)

A 92 800 131

Please check one of the following:

☒ 1. I am a member in good standing of the bar of the highest court(s) of the following state(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia:

Full Name of Court: Texas

State Bar No. (if applicable): 03052800

(Please use space on reverse side to list additional jurisdictions.)

I ☒ am not (or ☐ am - explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions (other than federal courts) where I am licensed to practice law.

☐ 2. I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review pursuant to 8 C.F.R. § 1292.2 (provide name of organization):

☐ 3. I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 1292.1 (explain fully on reverse side).

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Board of Immigration Appeals. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNATURE OF ATTORNEY OR REPRESENTATIVE: X Lisa S. Brodyaga

EOIR ID#:

PHONE NUMBER (with area code): 956 421 3226

DATE (mm/dd/yy): 9/6/06

NAME OF ATTORNEY OR REPRESENTATIVE (type or print): Lisa S. Brodyaga

ADDRESS: 17891 Landrum Park Rd
San Benito Tx 78586

☐ Check here if new address

Form EOIR - 27
Rev. June 2005

| | Certificate of Service | |
|---|---|---|
| I _Lisa Brodyuga_ (Name) | mailed or delivered a copy of the foregoing on _9/6/06_ (Date-mm/dd/yy) | to the DHS |

(U.S. Immigration and Customs Enforcement - ICE) at _PO Box 1711 Harlingen Tx 78551_
(Number and Street, City, State, Zip Code)

X _[signature]_
Signature of Attorney or Representative

(Note: Alien may be required to sign Acknowledgement and Consent below.)

The Privacy Act of 1974 requires that if the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign the portion below.

**I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO THE DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.**

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE (mm/dd/yy) |
|---|---|---|
| | X | |

APPEARANCES - An appearance shall be filed on a Form EOIR-27 by the attorney or representative appearing in each appeal or motion to reopen or motion to reconsider before the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)), even though the attorney or representative may have appeared in the case before the Immigration Judge or the U.S. Citizenship and Immigration Services. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Board of a request by the attorney or representative of record in accordance with *Matter of Rosales*, 19 I&N Dec. 655 (1988). Please note that appearances for limited purposes are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). Further proof of authority to act in a representative capacity may be required.

REPRESENTATION - A person entitled to representation may be represented by any of the following:

(1) Attorneys in the United States as defined in 8 C.F.R. § 1001.1(f).

(2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 1292.1(a)(2).

(3) Reputable individuals as defined in 8 C.F.R. § 1292.1(a)(3).

(4) Accredited representatives as defined in 8 C.F.R. § 1292.1(a)(4).

(5) Accredited officials as defined in 8 C.F.R. § 1292.1(a)(5).

**ADDITIONAL INFORMATION:**




(Please attach additional sheets of paper if necessary.)

NOTE: THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1 - 16.11 AND APPENDICES.

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

JUAN LARIN-ULLOA, A92 800 131
Notice of Appeal, Part 6

The Immigration Judge erred in determining that he lacked the authority to release Mr. Larin on his own recognizance, i.e., "conditional parole," regardless of the fact that the Fifth Circuit has held that he has not been convicted of an aggravated felony, and is therefore not subject to removal.

The Immigration Judge based his conclusion on unpublished decisions from the BIA, reversing him in other cases where he ordered release on recognizance because DHS could not prevail on a finding of removability, and instructing him to order release on bond in an amount of $1,500 or more, because he allegedly lacked authority to release a person on "conditional parole," i.e., recognizance. This is incorrect. As provided by 8 U.S.C. §1226(a) (emphasis added):

> **(a) Arrest, detention, and release. On a warrant issued by the Attorney General, an alien may be arrested and detained pending a decision on whether the alien is to be removed from the Untied States ... [P]ending such decision, the Attorney General - -**
>
> (1) may continue to detain the arrested alien; and
> (2) **may release the alien on -**
>     (A)  bond of at least $1,500 with security approved by, and containing conditions prescribed by, the Attorney General; or
>     (B) **conditional parole.**

Under the long-standing interpretation of §1226(a)(2)(B), the term "conditional parole" has been understood as release on one's own recognizance. For so long as the undersigned can recall, (and she has been doing such work for 28 years), Immigration Judges have had, and have exercised, the authority to order the release of persons who have been arrested within the United States, "[o]n a warrant issued by the Attorney General" pursuant to the authority of that section. See, Respondent's Exhibit A (a copy of a form Order, issued in 2004, ordering the release on recognizance of Jose Hector Esparza-Sandoval, where appeal was waived by both parties).

That this interpretation is correct can also be seen from the fact that there is no other plausible interpretation of the term "conditional parole." It does not refer to individuals paroled under 8 U.S.C. §1182(d)(5)(A), because IJs lack authority over their conditions of release. See, 8 C.F.R. §1003.19(h)(1)(i)(B). Moreover, the very forms used to arrest aliens on a warrant, as contemplated by §1226(a)(1), show that they are intended only for use with respect to aliens who have already *entered* the U.S., and are within the U.S. in violation of law. See, e.g., a duplicate of the warrant under which Mr. Larin was arrested, which was prepared by ICE in connection with the posting of his bond, is attached hereto, as Respondent's Exhibit B. It provides, in relevant part:

> From evidence submitted to me, it appears that Juan LARIN Ulloa, an alien who entered the United States at or near El Paso, Texas on 5/11/81 is within the country in violation of the immigration laws and is therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

Where an alien is arrested "[o]n a warrant issued by the Attorney General," under §1226(a), the Attorney General, (*i.e.*, the IJ, may " ... detain the arrested alien; and .. release the alien on ... bond ... or conditional parole." This authority is irrelevant to aliens detained pursuant to U.S.C. §1225(b)(2), who are **not** arrested "[o]n a warrant issued by the Attorney General..," a precondition to exercising the authority of §1226(a)(2)(B). The authority to parole LPRs who are seeking admission at a port of entry is found in 8 U.S.C. §1182(d)(5)(A), not §1226(a)(2)(B).

Thus the IJ improperly followed prior unpublished BIA decisions, holding that he lacks authority to grant release on recognizance, or "conditional parole." After almost five years of unjustified detention, to require any bond in the case at bar is absurd.

2

JUAN LARIN-ULLOA
A92 800 131
Notice of Appeal, Part 6

EXHIBIT "A"

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
HARLINGEN, TX

FILE: A27-650-355

IN THE MATTER OF:

ESPARZA-SANDOVAL, JOSE HECTOR*

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Immigration and Naturalization Service and the respondent, it is hereby

____ ORDERED that the request for a change in custody status be denied.

____ ORDERED that the request be granted and that respondent be:

✓ released from custody on his own recognizance

____ released from custody under bond of $_____

____ OTHER _____

Copy of this decision has been served on the respondent and the Service.  Brodyuga  7/1/04

APPEAL: (waived) - reserved

HARLINGEN -- HARLINGEN, TEXAS

Date: Jul 1, 2004

DAVID AYALA
Immigration Judge

XS

JGC

```
JUAN LARIN-ULLOA
A92 800 131
Notice of Appeal, Part 6
```

EXHIBIT "B"

...ment of Justice
...ration and Naturalization Service

# Warrant for Arrest of Alien

FOR IDENTIFICATION PURPOSES ONLY

File No.  A92 800 131

Date:  September 01, 2006

To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:

From evidence submitted to me, it appears that:

Juan LARIN Ulloa
(Full name of alien)

an alien who entered the United States at or near   El Paso, Texas   on
(Port)

05/11/81   is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

(Signature of authorized INS official)
Marc J. Moore
(Print name of official)
Field Office Director, Detention and Removal
(Title)

BOND POSTED
9/1/06  PID  18011
DATE

---

Certificate of Service

Served by me at   Los Fresnos, Texas   on   September 01, 2006   at _____.

I certify that following such service, the alien was advised concerning his or her right to counsel and was Furnished a copy of this warrant.

(Signature of officer serving warrant)

Immigration Enforcement Officer
(Title of officer seving warrant)

Form I-200 (Rev. 4-1-97)N