UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 1 2006

Michael N. Milby
Clerk of Court

JUAN LARIN-ULLOA,                        )
                                         )
v.                                       )    C.A. B-02-107
                                         )
JOHN ASHCROFT et al.                     )
_____)

ORDER GRANTING
PETITIONER'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Before the Court is the unopposed motion of Petitioner to continue the status conference, currently set for October 12, 2006, at 2:30 p.m. In consideration thereof, and good cause having been shown,

IT IS HEREBY ORDERED that said motion be granted.

IT IS FURTHER ORDERED that said status conference be conducted on the 7TH day of NOVEMBER, 2006, at 10:00 AM.

DONE at Brownsville, Texas
October 11, 2006.

_____
HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE