UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN LARIN-ULLOA, )<br>)<br>v.                                             )<br>)<br>JOHN ASHCROFT et al.           )<br>_____) | C.A. B-02-107 |

**PETITIONER'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

Juan Larin-Ulloa, ("Mr. Larin"), files the instant, unopposed motion to continue the status conference, currently set for November 7, 2006, and in support thereof, shows as follows:

Counsel has oral argument on that date in New Orleans in the case of *Gaona-Romero v. Gonzales,* 03-60842. She has spoken to Lisa Putnam, who has just returned to her office, and who will be continuing with the representation of Respondents. Ms. Putnam stated that she had no opposition to the request.

Respectfully Submitted,

s/
Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586          Fed. ID.  1178
(956) 421-3226                Texas Bar 03052800
(956) 421-3423 (fax)

**CERTIFICATE OF SERVICE**

I certify that on October 12, 2006, a copy of the foregoing, with proposed Order, was electronically served on Lisa Putnam, Attorney for Respondents.

s/ Lisa S. Brodyaga
_____