UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN LARIN-ULLOA, ) | |
| ) | |
| v. ) | C.A. B-02-107 |
| ) | |
| JOHN ASHCROFT et al. ) | |
| ) | |

ORDER GRANTING
PETITIONER'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Before the Court is the unopposed motion of Petitioner to continue the status conference, currently set for November 7, 2006, at 2:30 p.m. In consideration thereof, and good cause having been shown,

IT IS HEREBY ORDERED that said motion be granted.

IT IS FURTHER ORDERED that said status conference be conducted on the _____ day of _____, 2006, at _____.

DONE at Brownsville, Texas
October     , 2006.

_____
HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE