United States District Court
Southern District of Texas
ENTERED

OCT 12 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk DAhumada

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUAN LARIN-ULLOA,         )
                          )
v.                        )   C.A. B-02-107
                          )
JOHN ASHCROFT et al.      )
_____)

ORDER GRANTING
PETITIONER'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Before the Court is the unopposed motion of Petitioner to continue the status conference, currently set for November 7, 2006, at 2:30 p.m. In consideration thereof, and good cause having been shown,

IT IS HEREBY ORDERED that said motion be granted.
IT IS FURTHER ORDERED that said status conference be conducted on the **16th** day of **November**, 2006, at **2:00 p.m**.

DONE at Brownsville, Texas
October **12**, 2006.

_____
HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE