## BOND WORKSHEET

| | |
|---|---|
| FILE NUMBER | A92 800 131 |
| ALIEN'S NAME | Juan LARIN Ulloa |
| DATE OF BIRTH | 05/11/55 |
| COUNTRY OF BIRTH | El Salvador |
| DATE OF ENTRY | 05/11/81 |
| PORT OF ENTRY | El Paso, Texas |
| MANNER OF ENTRY | WI |
| BOND AMOUNT | $1,500.00 |
| HEARING DATE | |
| HEARING PLACE | PIC |
| HEARING TIME | |

DACS

### CALL BACK INFORMATION

DATE: September 01, 2006

OFFICER'S NAME: Roel Delgado, SDDO

OFFICE: PID

PHONE NUMBER: (956)547-1800

BOND NUMBER: PID-18011

AMOUNT RECEIVED: $1,500.00

OBLIGORS NAME: Lisa Brodyaga

OBLIGOR'S ADDRESS: 17891 Landrum Park Rd, San Benito Tx 78586

OBLIGOR'S TELEPHONE NUMBER: 956-421-3226

OBLIGOR'S SOCIAL SECURITY NUMBER: 3-00089-00075 Texas Tax ID.

RELATIONSHIP TO ALIEN: Attorney

### ALIEN'S ADDRESS

3022 E. South Fork Ct, Wichita Kansas 67216    316-562-0575

### MESSAGE TO ALIEN

**BOND POSTED**
09-01-06  PID
DATE