IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN LARIN-ULLOA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | B-023-107 |
| JOHN ASHCROFT, et al. ) | |
| ) | |
| Respondent. ) | |

**ORDER OF DISMISSAL**

Upon consideration of Respondents' motion to dismiss and any opposition thereto, the Court finds Respondents' motion to dismiss should be GRANTED.

It is therefore

ORDERED, ADJUDGED AND DECREED that the Respondents' motion to dismiss is hereby GRANTED Petitioner's writ of habeas corpus is DISMISSED.

This is a final Order.

Done this _____ day of _____, 2006, in Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE