IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LARIN-ULLOA | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. B-023-107 |
| JOHN ASHCROFT, et al. | ) ) ) | |
| Respondent. | ) ) | |

RESPONDENTS' OPPOSED MOTION TO DISMISS
THE PETITION FOR WRIT OF HABEAS CORPUS
WITH INCORPORATED POINTS AND AUTHORITIES

GOVERNMENT EXHIBIT "A"



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

---

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

Lisa S. Brodyaga
17891 Laudrum Park Road
San Benito, TX 78586

Office of the District Counsel/HLG
P.O. Box 1711
Harlingen, TX 78551

Name: LARIN-ULLOA, JUAN          A92-800-131

Type of Proceeding: Removal          Date of this notice: 09/12/2006

## REJECTION OF APPEAL

This notice is to inform you that the appeal received by the Board of Immigration Appeals in the above-referenced case on 09/11/2006 is being rejected for the following reason(s):

o   The required fee of $110.00 or Fee Waiver Request form (Form EOIR-26A) was not included.

**PLEASE NOTE**

If you correct and resubmit this appeal, YOU MUST ATTACH THIS REJECTION NOTICE to your resubmission.

We have returned your appeal and all attachments to you for timely correction of the defect(s). THIS DOES NOT EXTEND THE ORIGINAL STRICT 30-DAY TIME LIMIT within which you must file your appeal. Where a stay attaches to the filing of an appeal, there is no automatic stay of deportation beyond the 30-day limit unless an appeal is properly filed at the Board.

Your appeal must be RECEIVED at the Clerk's Office at the Board of Immigration Appeals within the prescribed time limits. It is NOT sufficient simply to mail the appeal and assume your appeal will arrive on time. We strongly urge the use of an overnight courier service to ensure the timely filing of your appeal.

Any corrected appeal resubmitted after the 30-day time limit should be filed within 15 days of this notice and should include a request that the Board accept the appeal by certification. The Board will consider whether to certify each request in the exe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN LARIN-ULLOA ) | |
| ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | B-023-107 |
| JOHN ASHCROFT, et al. ) | |
| ) | |
|     Respondent. ) | |

RESPONDENTS' OPPOSED MOTION TO DISMISS
THE PETITION FOR WRIT OF HABEAS CORPUS
WITH INCORPORATED POINTS AND AUTHORITIES

GOVERNMENT EXHIBIT "B"

## BOND WORKSHEET

FILE NUMBER        A92 800 131                                    DACS

ALIEN'S NAME       Juan LARIN Ulloa

DATE OF BIRTH      05/11/55        COUNTRY OF BIRTH    El Salvador

DATE OF ENTRY      05/11/81        PORT OF ENTRY       El Paso, Texas

MANNER OF ENTRY    WI

BOND AMOUNT        $1,500.00

HEARING DATE _____   HEARING PLACE   PIC   HEARING TIME _____

### CALL BACK INFORMATION

DATE   September 01, 2006

OFFICER'S NAME   Roel Delgado, SDDO

OFFICE   PID                              PHONE NUMBER   (956)547-1800

BOND NUMBER   PID-18011          AMOUNT RECEIVED   $1,500.00

OBLIGORS NAME   Lisa Brodyaga

OBLIGOR'S ADDRESS   17891 Landrum Park Rd
San Benito Tx  78586

OBIGOR'S TELEPHONE NUMBER   956-421-3226

OBLIGOR'S SOCIAL SECURTY NUMBER   3-00089-00075 Texas Tax ID.

RELATIONSHIP TO ALIEN   Attorney

### ALIEN'S ADDRESS

3022 E. South Fork Ct         316-562-0575
Wichita Kansas 67216

### MESSAGE TO ALIEN

**BOND POSTED**
09-01-06   PID
DATE