UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Juan Larin−Ulloa

                Plaintiff

v.                                         Case No.: 1:02−cv−00107
                                              Judge Hilda G Tagle

Immigration and Naturalization Service

                Defendant

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Felix Recio

**PLACE:**

United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 3/21/07

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   January 5, 2007

                                                                              Michael N. Milby, Clerk