IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LARIN-ULLOA, Petitioner, | § | |
| V. | § | CIVIL ACTION NO. B-02-107 |
| JOHN ASHCROFT, ET AL Respondents. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's 28 U.S.C. § 2241 Writ of Habeas Corpus is hereby DENIED.

DONE at Brownsville, Texas, this ____4____ day of ____May____ 2007.

_____
Hilda G. Tagle
United States District Judge